# Order

**Lansing, Michigan**

June 30, 2017

Rehearing No. 615

153636(68)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Berstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIWAUN MAURICE CALLOWAY,
      Defendant-Appellant.

_____

SC: 153636
COA: 323776
Wayne CC: 13-009551-FC

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

TIWAUN MAURICE CALLOWAY,
      Defendant-Appellee.

_____/

SC: 153751
COA: 323776
Wayne CC: 13-009551-FC

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk